UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

LESLIE R. DEAN,

                Plaintiff,[1]

                                      5:24-CV-00913
v.                                         (LEK/MJK)

CITY OF OSWGO *et. al.*,

                Defendant.

---

Leslie R. Dean, Plaintiff, *pro se*
Adam Phillip Carey, Esq., for Defendants

## REPORT-RECOMMENDATION

Plaintiff commenced this action by the filing of a Complaint, *pro se*, on July 24, 2024. (Dkt. 1). Issue was joined by the filing of Answers on October 4, 2024. (Dkts. 10, 11). At a conference held on May 5, 2025, Defendants advised the Court that Plaintiff died. (Dkt. 26). Defense counsel was directed to confirm Plaintiff's death, which was provided on June 18, 2025. (Dkt. 28). The Court issued a text order on June 20, 2025 directing that a motion to substitute an estate representative be filed by September 18, 2025, and failing to do so would result in a recommendation that this action be dismissed. (Dkt. 29). The Court

---

[1] Plaintiff died on April 19, 2025. (Dkt. 28, at 2).

directed the Clerk of the Court to provide notice of the same to Plaintiff's address. (Dkt. 29). No motion to substitute has been filed, as directed. Defendants filed a letter motion on September 23, 2025 requesting the Court recommend that the action be dismissed. (Dkt. 30).

An action must be prosecuted in the name of the real party in interest. Fed. R. Civ. P. 17. As Plaintiff was the real party in interest and he has died, the action may only continue through an estate representative, i.e., an executor or an administrator. Fed. R. Civ. P. 17. The Court provided Plaintiff's family more than adequate time to secure an estate representative or administrator (from June 20, 2025 to September 23, 2025) (Dkts. 29, 30). However, Plaintiff's family failed to do so. The Court therefore recommends that the action be dismissed, without prejudice.

**WHEREFORE**, based on the findings above, it is hereby

**RECOMMENDED**, that the Complaint be **DISMISSED WITHOUT PREJUDICE.**

Dated: October 1, 2025.

_____
Hon. Mitchell J. Katz
U.S. Magistrate Judge